**39  STATE SAVINGS BANK vs. CIRCUIT JUDGE (Wayne), No. 13294, 95 M., 100.**

To quash a writ of garnishment on the ground of insufficiency and imperfections in the affidavit, in that it contained (1) no averment that the principal suit was then pending; (2) no averment that the debt sued upon was due when action was begun; (3) no averment that the garnishee defendants are jointly indebted, and (4) the return day stated in the writ is given as Tuesday, December 16, 1892, whereas Tuesday was not the sixteenth.

Denied March 10, 1893, with costs.

**40  SELIGMAN vs. CIRCUIT JUDGE (Saginaw), No. 14975½.**

To quash a writ of garnishment for the reason that the affidavit, which was made by a person other than the plaintiff, did not state that affiant was justly apprehensive of the loss, etc., but stated that the plaintiff was apprehensive, etc.

Order to show cause denied June 25, 1895.

The circuit judge upon the hearing permitted plaintiff to file another affidavit in which the affiant set forth that he was justly apprehensive, etc.